```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 00935
   JAMES L WILLIAMS
   BETTY J WILLIAMS                            CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-5575     SSN XXX-XX-8656

-------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 01/16/2008 and was confirmed 03/13/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.00%.

     The case was dismissed after confirmation 11/13/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
TCF NATIONAL BANK          UNSECURED        NOT FILED           .00           .00
AMERICAN GENERAL FINANCE   UNSECURED         2527.96            .00           .00
ASSOCIATES/CITIBANK        UNSECURED        NOT FILED           .00           .00
CHASE BANK                 UNSECURED        NOT FILED           .00           .00
CITY OF CHICAGO PARKING    UNSECURED          775.00            .00           .00
DIRECT MERCHANTS BANK      UNSECURED        NOT FILED           .00           .00
CATHERINS                  UNSECURED        NOT FILED           .00           .00
FIRST NORTHERN CU          UNSECURED        NOT FILED           .00           .00
GREAT AMERICAN FINANCE     UNSECURED         1076.00            .00           .00
HARRIS NA                  UNSECURED        NOT FILED           .00           .00
HFC USA/BENEFICIAL         UNSECURED        NOT FILED           .00           .00
HFC USA/BENEFICIAL         UNSECURED        NOT FILED           .00           .00
ECAST SETTLEMENT CORP      UNSECURED          941.38            .00           .00
ISAC                       UNSECURED        NOT FILED           .00           .00
MIDSTATE COLLECTION SOLU   UNSECURED        NOT FILED           .00           .00
NCA                        UNSECURED        NOT FILED           .00           .00
AT&T                       UNSECURED        NOT FILED           .00           .00
NICOR GAS                  UNSECURED        NOT FILED           .00           .00
PATHOLOGY CHP SC           UNSECURED        NOT FILED           .00           .00
PATHOLOGY CHP SC           UNSECURED        NOT FILED           .00           .00
PATHOLOGY CHP SC           UNSECURED        NOT FILED           .00           .00
ALPINE CAPITAL INVESTMEN   UNSECURED         3789.56            .00           .00
WESTLAKE HOSPITAL          UNSECURED        NOT FILED           .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          695.80            .00           .00
COMMONWEALTH EDISON        UNSECURED          510.46            .00           .00
HOUSEHOLD FINANCE CORP     SECURED NOT I    12134.96            .00           .00
WILSHIRE CREDIT CORPORAT   CURRENT MORTG         .00            .00           .00
WILSHIRE CREDIT CORPORAT   MORTGAGE ARRE     6658.90            .00        912.73
AMERICAN GENERAL FINANCE   SECURED             45.63            .00         45.63
ONYX ACCEPTANCE            SECURED VEHIC     4196.92         154.43        924.07
ONYX ACCEPTANCE            UNSECURED        NOT FILED           .00           .00
COOK COUNTY TREASURER      SECURED           2416.08            .00       1610.72

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 00935 JAMES L WILLIAMS & BETTY J WILLIAMS
```

```
GREAT AMERICAN FINANCE    SECURED         2000.00              46.21          319.13
ERNESTO D BORGES JR       DEBTOR ATTY     2,267.00                           2,267.00
TOM VAUGHN                TRUSTEE                                              546.08
DEBTOR REFUND             REFUND                                                  .00
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                              RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
```
TRUSTEE                       6,826.00

PRIORITY                                                .00
SECURED                                            3,812.28
    INTEREST                                         200.64
UNSECURED                                               .00
ADMINISTRATIVE                                     2,267.00
TRUSTEE COMPENSATION                                 546.08
DEBTOR REFUND                                           .00
                            ---------------      ---------------
TOTALS                        6,826.00             6,826.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 02/25/09           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE